THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANN MEHRING, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK DISABILITY INCOME PROTECTION PLAN,<br><br>Defendant. | Case No. 1:19-cv-04419<br>Judge Alonso |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff JoAnn Mehring and Defendant Advocate Health Care Network Disability Income Protection Plan, by and through the undersigned counsel, and provide the following notification to the Court:

1. The parties have reached an agreement to resolve all claims in the pending lawsuit.

2. Pursuant to the terms of the parties' agreement, Plaintiff intends to dismiss her lawsuit with prejudice as to all of her claims.

3. The parties request that the initial status hearing set for September 10, 2019 at 9:30 a.m. be postponed for at least 30 days and that all other deadlines be stayed, including the deadline for Defendant to file its responsive pleading on September 6, 2019.

4. The parties anticipate finalizing their settlement agreement and filing a stipulation for dismissal with prejudice within the next 30 days.

1769572

WHEREFORE, the parties respectfully request that the status hearing set for September 10, 2019 at 9:30 a.m. be continued for at least 30 days, and for any other relief this Court deems just and proper.

Dated:  September 6, 2019                                            Respectfully Submitted,

| DeBOFSKY SHERMAN CASCIARI REYNOLDS, P.C. | GREENSFELDER, HEMKER & GALE, P.C. |
|---|---|
| By:  /s/ Mark D. DeBofsky (by consent)<br>    Mark D. DeBofsky, IL Bar #3127892<br>    mdebofsky@debofsky.com<br>    150 N. Wacker Dr., Suite 1925<br>    Chicago, IL  60606<br>    Telephone:  (312) 561-4040<br>    Facsimile:  (312) 929-0309<br><br>    *Attorneys for Plaintiff* | By:   /s/ Amy L. Blaisdell<br>    Amy L. Blaisdell, IL Bar #6216582<br>    apb@greensfelder.com<br>    Heather M. Mehta, IL Bar #6308011<br>    hmm@greensfelder.com<br>    10 S. Broadway, Suite 2000<br>    St. Louis, MO 63102<br>    Telephone:  (314) 241-9090<br>    Facsimile:  (314) 241-3643<br><br>    Courtney Adair, IL Bar #6298188<br>    cadair@greensfelder.com<br>    200 West Madison, Suite 3300<br>    Chicago, IL  60606<br>    Telephone:  (312) 345-5020<br>    Facsimile:  (312) 419-1930<br><br>    *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Mark D. DeBofsky
   *mdebofsky@debofsky.com*
   DeBofsky Sherman Casciari Reynolds, P.C.
   150 North Wacker Drive, Suite 1925
   Chicago, IL  60606

   *Attorneys for Plaintiff*

                                                                            /s/ Amy L. Blaisdell