IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANN MEHRING, on her own behalf and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-04419 |
| ADVOCATE HEALTH CARE NETWORK DISABILITY INCOME PROTECTION PLAN, | ) ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, JOANN MEHRING ("Mehring" or "Plaintiff"), and Defendant, ADVOCATE HEALTH CARE NETWORK DISABILITY INCOME PROTECTION PLAN ("Plan"), through their respective counsel, hereby jointly stipulate and agree that this matter be dismissed with prejudice.

Dated: October 21, 2019

Respectfully submitted,

/s/ Mark D. DeBofsky

Mark D. DeBofsky
One of the Attorneys for Plaintiff
Joann Mehring

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice: (312) 561-4040
Fax: (312) 929-0309
Email: mdebofsky@debofsky.com

/s/ Amy L. Blaisdell (with consent)

Amy L. Blaisdell
One of the Attorneys for Defendant
Advocate Health Care Network
Disability Income Protection Plan

Amy L. Blaisdell
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Voice: (314) 335-6815
Fax: (314) 241-8624
Email: apb@greensfelder.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

/s/ Mark D. DeBofsky
Mark D. DeBofsky

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds, P.C.
150 N. Wacker Dr., Ste. 1925
Chicago, Illinois 60606
Telephone: (312) 561-4040