# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Joann Mehring

                                          Plaintiff,

v.                                                                    Case No.: 1:19−cv−04419

                                                                    Honorable Jorge L. Alonso

Advocate Health Care Network Disability Income Protection Plan

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2019:

      **MINUTE** entry before the Honorable Jorge L. Alonso: A stipulation of dismissal [15] has been filed. This case is dismissed with prejudice. Status hearing previously set for 10/24/19 is stricken. Civil case terminated. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.